JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEFFERY FLOYD BEADLE,              )    NO. CV 21-3021-CAS(E)
                                  )
                Petitioner,       )
                                  )
        v.                        )         JUDGMENT
                                  )
KATHLEEN ALLISON, Warden,         )
                                  )
                                  )
                Respondent.       )
                                  )
_____)

       Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.

DATED: April 4, 2022.


                            _____
                                 CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT JUDGE